CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Dennis Price, Esq. SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
 (858) 375-7385 (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,** | Case No. 2:20-cv-00283-GW-MAA |
| Plaintiff, | |
| v. | **Ex Parte Application for Entry of Stipulated Judgment** |
| **Agency Coffee LLC,** et al., | |
| Defendants. | |

Plaintiff hereby applies for an order by this Court entering the Judgment as stipulated by the parties on 3/30/2020. This judgment is sought as Defendant has defaulted on his obligations under the settlement agreement and Plaintiff has given the required notice to cure as detailed in that agreement. (Exhibit 1)

Jurisdiction of this court and Ex Parte relief is proper pursuant to the agreement of the parties. (Exhibit 1, ¶ 6.) (Exhibit 2 – Stipulated Judgment)

Plaintiff requests that this court enter judgment in the amount of $6500.00. This total is supported in the attached Declaration of Dennis Price ¶¶ 6-9.

1    Pursuant to L.R. 7-3, Plaintiff attempted to confer with defendant
2  on 6/11/2021. Notice was sent to defendant's counsel The Karlin Law
3  Firm at the address provided in the settlement agreement, but no reply or
4  payment has been received.

7  Date: September 15, 2022         CENTER FOR DISABILITY ACCESS
8                                   By: /s/ Dennis Price
9                                   Dennis Price, Esq.
                                    Attorney for Plaintiff