UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Brian Whitaker,** | ) | Case No. CV 20-283-GW-MAAx |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| **Agency Coffee LLC,** et al., | ) | |
| Defendants. | ) | |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of plaintiff and against defendant **Agency Coffee LLC**, in the amount of $6500.00.

Date: October 20, 2022    _____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE